ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITIK LNU,<br><br>               Plaintiff,<br><br>   v.<br><br>EMILIA BARDINI, Director, United States Citizenship and Immigration Services San Francisco Asylum Office, *et al.*,<br>               Defendants. | Case No. 3:24-cv-04283 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 2, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      1.     Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services ("USCIS") scheduled an interview for December 3, 2024.  USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

      2.     Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to

ten days prior to the agreed upon scheduled interview.  Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

      3.      If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

      4.      Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

      5.      The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 2. 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 19, 2024                            Respectfully submitted,[1]

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                */s/ Elizabeth D. Kurlan*
                                                ELIZABETH D. KURLAN
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: September 19, 2024

                                                */s/ Joseph Siguenza*
                                                JOSEPH SIGUENZA
                                                Attorney for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  September 19, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge